## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cr-0004 |
| | ) | |
| OSCAR DAVID MIRA ARISTIZABAL, | ) | |
| ALEXANDER LOPERA CASTANEDA, | ) | |
| and MARIA EUGENIA ALZATE SOSA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**BEFORE THE COURT** is the United States' Motion to Dismiss Counts One, Two, and Three Without Prejudice. (ECF No. 94.) Counts One, Two, and Three of the Information allege a violation of 8 U.S.C. § 1546(a) against Defendants Oscar David Mira Aristizabal, Alexander Lopera Castaneda, and Maria Eugenia Alzate Sosa, respectively. After careful consideration and review, it is hereby

**ORDERED** that the United States' motion to dismiss, ECF No. 94, is **GRANTED;** it is further

**ORDERED** that Counts One, Two, and Three of the Information are hereby **DISMISSED without prejudice**.

**Dated:** September 16, 2022

/s/  *Robert A. Molloy*

**ROBERT A. MOLLOY**
**Chief Judge**